UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-24-T-17AEP

BRIAN LEAVITT

## PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to the provisions of 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for one Sony VAIO PCG-61611L laptop computer, serial number 275269373031889 and one Western Digital 320 GB hard drive, serial number WX21A80J1305, which, at sentencing, shall become a final order of forfeiture as to the defendant.

Being fully advised in the premises, the Court finds that the United States has established the requisite nexus between the computer equipment identified above and the child pornography offenses, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1), for which the defendant has been convicted in Counts One through Three of the Indictment. Accordingly, it is hereby ORDERED that:

The motion of the United States is GRANTED. Pursuant to 18 U.S.C. § 2253 and Federal Rule of Criminal Procedure 32.2(b)(2), all of defendant Brian Leavitt's right, title, and interest in the computer equipment identified above is

forfeited to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b).

The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of these assets, and to adjudicate any third party claim that may be asserted in these proceedings.

ORDERED in Tampa, Florida, this 11th day of January, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies:
James A. Muench, AUSA
Counsel of Record